MICHAEL J. HEYMAN
United States Attorney

CARLY VOSACEK
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, AK 99701
Phone: (907) 456-0245
Email: carly.vosacek@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TANYA ABLOWALUK,<br><br>Defendant. | No. 4:26-cr-00015-RRB-SAO<br><br><u>COUNT 1</u>:<br>EMBEZZLEMENT FROM AN INDIAN TRIBAL ORGANIZATION<br>Vio. of 18 U.S.C. § 1163 |

# INDICTMENT

The Grand Jury charges that:

## GENERAL ALLEGATIONS

At all times material to this Indictment:

1. Native Village of Mary's Igloo, also known as the Mary's Igloo Traditional Council (MITC) is a federally recognized tribal organization located near Nome, Alaska.

2. MITC is a member tribe of Kawerak, Inc, a nonprofit tribal consortium that operates as a pass through for the Office of Self Governance funding (from the Bureau of Indian

Affairs). Under their membership agreement, Kawerak pays the tribal coordinator salary. The tribal coordinator managed the Tribe's QuickBooks and reported financial accounting to the Tribe.

3. The defendant, TANYA ABLOWALUK, was Tribal Coordinator for MITC from January 4, 2016, to August 31, 2021.

4. Between January 1, 2018, and September 9, 2021, against Kawerak policy and without MITC authorization, ABLOWALUK accessed MITC's bank accounts online to make unauthorized direct deposits and debit card purchases using two MITC accounts: the Small Grants Account and the General Checking Account.

5. ABLOWALUK made false QuickBooks statements to conceal that she was transferring money directly into her own account or to others for unauthorized personal expenses.

6. ABLOWALUK moved funds from the General Checking Account into the Small Grants Account without MITC approval, disguising the transfers as expenses. She then moved funds directly from the Small Grants Account into her personal checking account.

7. ABLOWALUK's unauthorized direct deposits from the Small Grants Account totaled $31,244.30.

8. ABLOWALUK also made debit purchases from the Small Grants Account. ABLOWALUK's unauthorized debit card purchases from the Small Grants Account totaled $6,592.48.

9. ABLOWALUK also made direct deposit transfers from the General Checking Account into her personal account and into the accounts of people she knew.

10. To conceal the theft, ABLOWALUK used false descriptions for her online transfer of funds, which she also entered into QuickBooks.

11. ABLOWALUK's unauthorized direct deposits from the General Checking Account totaled $40,545.39.

12. ABLOWALUK made debit charges for personal expenses from the General Checking Account. ABLOWALUK's unauthorized debit card purchases from the General Checking Account totaled $4,525.07.

13. ABLOWALUK issued multiple unauthorized checks to her husband, totaling $5,472.84.

COUNT 1

14. Paragraphs 1-13 are re-alleged here.

15. From on or about January 1, 2018, and continuing until on or about September 9, 2021, within the District of Alaska and elsewhere, the defendant, TANYA ABLOWALUK, as part of an ongoing course of conduct, did embezzle, steal, knowingly convert to her own use, and willfully misapply, money and funds in excess of $1,000 belonging to an Indian tribal organization, namely ABLOWALUK made unauthorized fund transfers from MITC's Small Grants Account and General Checking Account into her personal account or personal accounts of others she knew, and made debit card purchases using MITC's Small Grants Account and General Checking Account to make personal purchases or pay personal expenses.

//

//

All of which is in violation of 18 U.S.C. § 1163.

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Carly Vosacek
CARLY VOSACEK
Assistant U.S. Attorney
United States of America

s/ Michael J. Heyman
MICHAEL J. HEYMAN
United States Attorney
United States of America

DATE: August 18, 2026